MERRICK THEATRE COMPANY, INCORPORATED, Appellant,
v. WEISSAGER AMUSEMENT CONSTRUCTION COMPANY
et al., Respondents, Impleaded with Another.

Merrick Theatre Co. v. Weissager Amusement Constr. Co., 174 App.
Div. 865, affirmed.

(Submitted November 22, 1918; decided December 10, 1918.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered June 27, 1916, affirming a judgment in favor
of defendants entered upon a dismissal of the complaint
by the court on trial at Special Term. This action was
brought to foreclose a lien for $16,958.38, the balance
of a deposit of $18,500 given by plaintiff to secure its
compliance with the terms of a lease of a theatre in
premises on Boston road, borough of The Bronx, New
York city. On July 24, 1913, defendant Weissager Com-
pany, as landlord, and plaintiff, as tenant, entered into
a lease of the theatre in a building to be erected by the
landlord on Boston road, for the term of twenty-one
years after completion. The plaintiff went into possession
of the theatre on March 1, 1914. On April 9, 1914, the
Weissager Company, assigned the lease to the Haffen
Company. On December 9, 1914, the plaintiff was dis-
possessed on a warrant duly issued in summary proceed-
ings brought against it by the Haffen Company for
failure to pay the November, 1914, rent. The plaintiff
in this action alleged that after such dispossession, and
in December, 1914, the Haffen Company "in its own
name and behalf and for its own benefit, and not as
agent for, nor in the name of, nor for the benefit of
plaintiff," entered into a lease with an unknown person
of the demised premises "upon different covenants, terms
and conditions, and for a longer term than provided"
for in plaintiff's lease; that said new lessee duly entered
into possession of the demised premises; and that "by
reason thereof plaintiff was discharged and released of
and from any and all liability" under its lease, "and

thereupon terminated and rescinded" the same, and became entitled to the return of the deposit, less rent for November, 1914. Defendants denied these allegations.

*I. Maurice Wormser, Leon Laski* and *Gerald B. Rosenheim* for appellant.

*Max Monfried* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.